No. 07-17-00424-CV

| | | |
|---|---|---|
| M & L Builders, Inc. and Mukesh Bhakta<br>  Appellants<br><br>v.<br><br>Krisu Hospitality, LLC<br>  Appellee | §<br>§<br>§<br>§ | From the 223rd District Court<br>  of Gray County<br><br>January 2, 2018<br><br>Opinion Per Curiam |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated January 2, 2018, it is ordered, adjudged and decreed that the appeal is abated and removed from this Court's docket.

o O o